IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Cheri L. Rhodes, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 9:97-1447-HMH-GCK |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Jo Anne B. Barnhart, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(a), (d) (West 1994 & West Supp. 2005). Cheril L. Rhodes ("Rhodes") seeks attorney's fees for services rendered in the above-captioned social security action in the amount of Twelve Thousand Fifty-six Dollars and Twenty-five Cents ($12,056.25) (calculated at $125.00 per hour times 96.45 attorney hours).[1] The Commissioner does not object to the request for attorney's fees.

---

[1] Rhodes actually requested "Twelve Thousand Two Hundred and Fifty-six ($12,056.00) dollars to [be awarded to] the Plaintiff's attorney calculated at the rate of $125.00 per hour for 96.45 hours of work on this case in Federal Court." (Mot. Attorney's Fees at 3.) Obviously, there is a discrepancy between the amount written out and the number given in parenthesis. Further, when one multiples the rate, $125.00, by 96.45, the result is $12,056.25. Rhodes has provided documentation supporting an award of $12,056.25, and the court assumes that Rhodes merely made typographical and artithmetical errors in her motion.

1

Therefore, it is

**ORDERED** that the plaintiff is awarded a fee in the amount of Twelve Thousand Fifty-six Dollars and Twenty-five Cents ($12,056.25).

**IT IS SO ORDERED**.

                                      s/ Henry M. Herlong, Jr.
                                      United States District Judge

Greenville, South Carolina
February 9, 2006